No. 82–1857. WASHINGTON *v.* BARTHOLOMEW. Sup. Ct. Wash. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Zant* v. *Stephens,* 462 U. S. 862 (1983). JUSTICE BRENNAN and JUSTICE MARSHALL would deny certiorari. 

No. — – ——. DETENBER ET AL. *v.* TURNAGE, DIRECTOR, SELECTIVE SERVICE SYSTEM, ET AL. Motion to direct the Clerk to file the petition for writ of certiorari out of time denied.

No. A–1000. ABRAVAYA *v.* UNITED STATES. C. A. 11th Cir. Application for stay, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

No. A–1002 (82–2045). COMMITTEE TO PRESERVE AMERICAN COLOR TELEVISION, AKA COMPACT, ET AL. *v.* UNITED STATES. Application to continue the injunction entered by the United States Court of Appeals for the Federal Circuit, presented to JUSTICE BRENNAN, and by him referred to the Court, denied.

No. D–334. IN RE DISBARMENT OF AGLOW. Disbarment entered. [For earlier order herein, see 461 U. S. 902.]

No. D–353. IN RE DISBARMENT OF GREENE. It having been reported to the Court that Raymond T. Greene died November 5, 1982, the rule to show cause, heretofore issued on June 6, 1983 [462 U. S. 1103], is hereby discharged.

No. D–354. IN RE DISBARMENT OF CONNOLLY. Robert John Connolly, of Tacoma, Wash., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on June 6, 1983 [462 U. S. 1103], is hereby discharged.